So Ordered.

Signed this 24 day of February, 2016.

_____

Margaret Cangilos-Ruiz

United States Bankruptcy Judge


NORTHERN DISTRICT OF NEW YORK
UNITED STATES BANKRUPTCY COURT
IN RE: YVONNE M BARTLETT

CHAPTER 13 PROCEEDING

**ORDER TO EMPLOYER TO PAY TRUSTEE**

Case No. 13-30649

_____
**Employee: S.S. No.  ###-##-8206**

**YVONNE M BARTLETT
43766 FOURTH STREET
PO BOX 607
REDWOOD, NY 13679**

**Employer:**

**ALEXANDRIA BAY CENTRAL SCHOOL
34 BOLTON AVE
ALEXANDRIA BAY, NY 13607-**

Upon representations of the Trustee, the Court finds that the above named debtor has pending in this Court a case under Chapter 13 of the Bankruptcy Code and pursuant to the provisions of said statute and the debtor(s) plan, the debtor has submitted all future earnings and wages to the exclusive jurisdiction of this Court for the purpose of consummating the plan; and that under the provisions of 11 U.S.C. § 1326(a) of the Bankruptcy Code, the employer of the debtor may be required, upon the Order of this Court, to pay over such portion of the wages or earnings of the debtor as may be needed to effectuate said plan, and that such an Order is necessary and proper; now it is,

**ORDERED**, that the employer named above shall deduct from the earnings of said debtor, the sum of **$110.77  bi-weekly until further ordered**

to begin on the next payday and a similar amount for each pay period thereafter including any period which the debtor receives periodic or lump sum payments for or on account of vacation, termination or other benefits arising out of present or past employment of the debtor but not exceeding the above amount, and to forthwith remit the sum, and include **on all remittances, the Debtor's name and case number**, so deducted to:

> **MARK W. SWIMELAR, TRUSTEE**
> **P.O. Box 1633**
> **Memphis, Tennessee 38101-1633**
> **315.471.1499**

**ORDERED**, that said employer notify said trustee if the employment of said debtor be terminated and it is further,

**ORDERED**, that all earnings and wages of the debtor, except the amounts required to be withheld by the provisions of any laws of the United States or the laws of any state or political subdivision, or by the Order of this Court, be paid to the aforesaid debtor in accordance with the employer's usual payroll procedure; and it is further,

**ORDERED**, that no deductions for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by the Court, except deductions as set forth in the preceding paragraph, be made from the earnings of said debtor, and it is further,

**ORDERED**, that this Order supersedes previous Orders by this Court, if any, made to the subject employer in this case.

###